Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Catherine Newman, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

NOETZEL, Appellant, v. BETSCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Frank G. Noetzel against Martin Betsch. No opinion. Judgment affirmed, with costs.

NORMAN, Respondent, v. LOOMIS-MANNING FILTER CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by F. Stout Norman against the Loomis-Manning Filter Company. No opinion. Motion denied.

NORTHRUP, Respondent, v. BUTLER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Charles P. Northrup against Jacob D. Butler and another. G. S. Kleeberg, for appellants. M. W. Ehrich, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ODELL, Respondent, v. STAR PALACE LAUNDRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by John J. Odell against the Star Palace Laundry. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

ODENWALD, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by George Odenwald against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied. The delay was caused solely by the refusal of the stenographer in Judge Rosenthal's court to write out his minutes.

OLIVER REFINING CO., Appellant, v. PORTSMOUTH COTTON OIL REFINING CORP., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by the Oliver Refining Company against the Portsmouth Cotton Oil Refining Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

OLSEN, Respondent, v. NEW YORK & L. I. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Lawrence Olsen against the New York & Long Island Traction Company. No opinion. Motion granted.

OSBORNE, Respondent, v. BARBER, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Charles C. Osborne against Amzi L. Barber. No opinion. Judgment unanimously affirmed, with costs.

OUDERKIRK et al., Appellants, v. BAYLESS PULP & PAPER CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Firman Ouderkirk and another against the Bayless Pulp & Paper Company and others. No opinion. Motion for leave to appeal to Court of Appeals granted, without costs, and questions for review certified.

PABST BREWING CO. v. RAPID SAFETY FILTER CO. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by the Pabst Brewing Company against the Rapid Safety Filter Company. No opinion. Application denied, with $10 costs. Order signed.

PALTEY et al., Appellants, v. EGAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Adolph Paltey and another against Patrick B. Egan, impleaded. J. Fischer, for appellants. J. Kearney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 122 App. Div. 512, 107 N. Y. Supp. 444.

PELOW, Respondent, v. OIL WELL SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Albert J. Pelow, an infant, etc., against the Oil Well Supply Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents upon the authority of Fasani v. N. Y. C. & H. R. R. Co., 109 App. Div. 404, 96 N. Y. Supp. 415.

PEOPLE, Respondent, v. ABBEY, Appellant. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Proceedings by the people of the state of New York against Stephen H. Abbey. No opinion. Appeal dismissed, on the authority of People v. Carroll, 105 App. Div. 147, 93 N. Y. Supp. 926.

PEOPLE, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Proceedings by the people of the state of New York against Charles H. Bennett. No opinion. Interlocutory judgment (56 Misc. Rep. 160, 107 N. Y. Supp. 406) affirmed, with costs, with leave to defendant to withdraw demurrer and answer within 20 days on payment of costs in this court and in trial court.

PEOPLE, Respondent, v. BONGART, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Proceedings by the people of the state of New York against William Bongart. No opinion. Judgment of the Children's Court affirmed.

PEOPLE, Respondent, v. BRAM, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Proceedings by the people of the state of New York against Walter Bram. No opinion. Appeal dismissed.